Michael P. Studebaker (USB 10027)
STUDEBAKER LEGAL SERVICES, P.C.
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Sam Burningham,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Deseret First Credit Union,<br><br>　　　　Defendant. | Case No. 2:17-cv-00431-DAK-BCW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Assigned to: Judge Dale A. Kimball<br>Referred to: Magistrate Judge Brooke C. Wells |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Sam Burningham, hereby voluntarily dismisses the above-entitled Action with prejudice.

RESPECTFULLY submitted on this 31st day of July, 2017.

　　　　　　　　　　　　　　　　　　　/s/ Michael P. Studebaker
　　　　　　　　　　　　　　　　　　　Michael P. Studebaker, Esq.
　　　　　　　　　　　　　　　　　　　STUDEBAKER LEGAL SERVICES, P.C.
　　　　　　　　　　　　　　　　　　　333 2nd Street, Suite 16
　　　　　　　　　　　　　　　　　　　Ogden, UT 84404
　　　　　　　　　　　　　　　　　　　Telephone: (385) 200-9901
　　　　　　　　　　　　　　　　　　　Email: mike@utahadaadvocates.com
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of July, 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record as follows:

Gregory S. Moesinger
KIRTON MCCONKIE
PO BOX 45120
SALT LAKE CITY, UT 84145-0120
(801)328-3600
Email: gmoesinger@kmclaw.com
*Attorney for Defendant*

*by: ls*