# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SAM BURNINGHAM, <br><br> Plaintiff, <br><br> v. <br><br> DESERET FIRST CREDIT UNINON, <br><br> Defendant. | Case No. 2:17-cv-00431-DAK-BCW <br><br> **ORDER RE NOTICE OF VOLUNTARY DISMISSAL** <br><br> Assigned to: Judge Dale A. Kimball <br> Referred to: Magistrate Judge Brooke C. Wells |

Having considered Plaintiff's Notice of Voluntary Dismissal with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED dismissing this matter with prejudice.

SO ORDERED this 1st day of August, 2017.

BY THE COURT:

*/s/ Dale A. Kimball*

HONORABLE DALE A. KIMBALL

1